IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INSTITUTE FOR MOTIVATIONAL LIVING, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 06-0828 |
| v. | * | |
| | * | Judge Gary L. Lancaster |
| SYLVAN LEARNING CENTER, INC., | * | |
| | * | ELECTRONICALLY FILED |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff and Counterclaim Defendant, Institute for Motivational Living, Inc. and

Defendant and Counterclaim Plaintiff, Sylvan Learning, Inc., by their undersigned

attorneys and pursuant to F.R.Civ.P. 41(a) (1), hereby stipulate that all claims and counter

claims that have been asserted in the above-captioned matter be dismissed with prejudice.


/s/ Bruce C. Fox
Bruce C. Fox
Melissa L. Evans
OBERMAYER REBMANN MAXWELL
& HIPPEL LLP
One Mellon Center, Suite 5240
500 Grant Street
Pittsburgh, PA 15219

/s/ William M. Krulak, Jr.
Robert S. Brennen (*pro hac vice*)
William M. Krulak, Jr. (*pro hac vice*)
Katherine B. Hill (*pro hac vice*)
MILES & STOCKBRIDGE P.C.
10 Light Street, Suite 1200
Baltimore, MD 21202

*Attorneys for Plaintiff and Counterclaim
Defendant, Institute for Motivational
Living, Inc.*

*Attorneys for Defendant and Counterclaim
Plaintiff, Sylvan Learning, Inc.*

SO ORDERED, this 30th day of October, 2008.

Gary L. Lancaster, U.S. District Judge